# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# BATESVILLE DIVISION

ANGELA SCHUNCEY RICHARDSON
ADC #712575                                                            PLAINTIFF

v.                         No. 1:18-cv-32-DPM

WENDY KELLEY, Chief Director,
Arkansas State Prison; DEXTER PAYNE,
Assistant Chief of Director, Arkansas State
Prison; TAMI JO AIKEN, Assistant Warden,
McPherson Unit; CHRISTOPHER JOHNSON,
Major, McPherson Unit; JEANNIE LONG, CO,
McPherson Unit; CLARA ROBINSON, Program
Specialist Coordinator, McPherson Unit;
D. GOLDEN, Warden, McPherson Unit;
ROGER AYERS, Sergeant, McPherson Unit;
VIRGINIA SPENCE, Coach, McPherson Unit;
and JOHN HERRINGTON, Assistant Warden,
McPherson Unit                                                         DEFENDANTS

## JUDGMENT

1. Richardson's closed barracks claim, punitive isolation claim, November 2016 separation claim, and November 2017 separation claim against Long are dismissed with prejudice.

2. Richardson's claim that Aiken treated her differently than other inmates with separations is dismissed with prejudice.

3. Richardson's July 2016 race discrimination claim against Ayers is dismissed with prejudice.

**4.** Richardson's October 2017 race discrimination claim against Herrington is dismissed with prejudice.

**5.** Richardson's January 2017 Fitness Walk claim against Spence, and her October 2017 Dance 2b Free claim against Spence and Herrington, are both dismissed with prejudice.

**6.** Richardson's claims for official capacity damages are dismissed with prejudice.

**7.** All other claims are dismissed without prejudice.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

23 September 2020